UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

   - v. -                           :

JULIO CESAR VIZCARRA,               :

              Defendant.       :

- - - - - - - - - - - - - - - - x

<u>INDICTMENT</u>

07 Cr.

07 CRIM 739

## COUNT ONE

The Grand Jury charges:

1.   In or about July 2007, in the Southern District of New York and elsewhere, JULIO CESAR VIZCARRA, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.   It was a part and an object of the conspiracy that JULIO CESAR VIZCARRA, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1), and



841(b)(1)(A) of Title 21, United States Code.

## OVERT ACT

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York:

    a. On or about July 11, 2007, VIZCARRA drove a load of cocaine in a tractor-trailer truck in Manhattan.

(Title 21, United States Code, Section 846.)

### Forfeiture Allegation

4. As a result of committing the controlled substance offense alleged in Count One of this Information, JULIO CESAR VIZCARRA, the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds VIZCARRA obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment, including, but not limited to, the following:

    a. One blue and white 2003 Kenwood truck tractor bearing vehicle identification number 1XKTDB9X13J384872; and

    b. One white 2004 truck trailer bearing vehicle identification number 1UYVS25326P955429.

## Substitute Asset Provision

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third person;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846 and 853.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

JULIO CESAR VIZCARRA

Defendant.

---

<u>INDICTMENT</u>

07 Cr.

(Title 21, United States Code, Section 846)


<u>MICHAEL J. GARCIA</u>
United States Attorney.


A TRUE BILL

_____
                      Foreperson.

8/9/07  Indictment filed. Case assigned to Judge Marrero.
S.A.H.
                                        Fox, J.