UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
UNITED STATES OF AMERICA                Docket No. 1:07-cr-00739-VM

    -against-

                                   NOTICE OF APPEARANCE

JOSE VIZCARRA

--------------------------------------------------------

TO:    CLERK

SIR:   YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE
       DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

       I AM APPEARING IN THIS ACTION AS  (Please check one)

       1. [ ] CJA    2. [X]  RETAINED   3. [ ]  PUBLIC DEFENDER (Legal Aid)

       ADMITTED TO PRACTICE IN THIS COURT  [ ] NO   [ X] YES –
       IFYES GIVE YOUR DATE OF ADMISSION:  MO December  YR 1980

       I DO HEREBY CERTIFIY THAT I HAVE FILED OR WILL FILE A
       CERTIFICATE OF GOOD STANDING  FROM THE  NEW YORK   STATE
       COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES
       FOR THE SOUTHERN AND EASTERN DISTRICT OF NEW YORK.

DATED:  NEW YORK, NEW YORK
           OCTOBER 29, 2007

                                        SIGNATURE  _S/_____

                                         Todd M. Merer_____
                                         Attorney for Defendant

                                         41 Madison Ave., Suite 5B_____
                                         Street address

                                         __New York_____ New York_____10010__
                                         City                         State                  Zip

                                         (212) 683-2525_____
                                         Telephone No.