```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
UNITED STATES OF AMERICA            :
                                    :      07 CR 0739 (VM)
        - against -                 :
                                    :         ORDER
                                    :
JULIO CESAR VIZCARRA,               :
                                    :
            Defendant.              :
------------------------------------ X
```

**VICTOR MARRERO, United States District Judge.**

    The Defendant consents to the exclusion of time from the Speedy Trial Act until the conference scheduled for February 15, 2008.

    It is hereby ordered that time from today until February 15, 2008 be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

**SO ORDERED:**

Dated:   New York, New York
           11 January 2008

                                    Victor Marrero
                                      U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08