USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-21-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JULIO VIZCARRA,

                    Defendant.

07 CR. 0739 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

A conference in this matter was scheduled for May 16, 2008, at which Defendant was to be sentenced. Due to a conflict with the Court's calendar, the conference has been rescheduled for June 13, 2008 at 3:00 p.m.

**SO ORDERED:**

Dated:     New York, New York
           21 April 2008

                              Victor Marrero
                              U.S.D.J.