

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 13, 2008

By Fax

Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-16-08
```

    Re:    **United States v. Julio Cesar Vizcarra**
             **07 Cr. 739**

Dear Judge Marrero:

      The Government writes to formally adjourn the sentencing of Mr. Vizcarra previously scheduled for today at 3 p.m., an adjournment which the Government discussed with Your Chambers staff last night and with counsel for the defendant as well, and asks that the sentencing be re-scheduled at the Court's earliest convenience.

                      Respectfully submitted,

                      MICHAEL J. GARCIA
                      United States Attorney

              By: _____
                      Jeffrey A. Brown
                      Assistant United States Attorney
                      (212) 637-1110

cc:    Todd Merer, Esq. (via facsimile)

```
Request GRANTED. The sentencing of defendant Julio Cesar
Vizcarra herein is rescheduled to 7-3-08
at 2:00 p.m.
SO ORDERED.
6-13-08
DATE          VICTOR MARRERO, U.S.D.J.
```