USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-16-08

## TODD M. MERER

ATTORNEY AT LAW

41 MADISON AVENUE
FIFTH FLOOR
NEW YORK, NEW YORK 10010

(212) 683-2525
FAX (212) 213-9786
E-MAIL toddmerer@aol.com

BY FAX TO:       (212) 805 6382

June 16, 2008

Honorable Victor Marrero
United States District Judge
500 Pearl Street
New York, N. Y. 10007

                Re:  USA -v- Julio Vizcarra
                ~~06~~-cr-739 (VM)
                07 CR 739

Dear Judge Marrero:

Mr. Vizcarra was scheduled to be sentenced on June 13 but inadvertently was not ordered to be produced. Unfortunately I did not learn of this until 5:30 PM on June 12, and by then his wife had already traveled from California to New York. Because of the expense and difficulty of travel at a future date, she has requested the sentencing be rescheduled for July 11, 2008, and I have passed that request to Mr. Lawson. If it is convenient for the Court, I will be available that day, except for between three and four PM when I have two cases scheduled before Judge Koeltl.

Respectfully submitted,

*[signature]*

Todd M. Merer

---

Request GRANTED. The sentencing of defendant Julio Vizcarra herein is rescheduled to 7-11-08 at 11:00 a.m.

SO ORDERED.

6-16-08
DATE        VICTOR MARRERO, U.S.D.J.